JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED ALI BILE,<br>　　　　Petitioner<br>　　v.<br>TROY LUNDet al.,<br>　　　　Respondents. | Case No. CV 15-5323-CJC (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATE: September 1, 2015

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE